UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KAROLYN JOHNSON-LOUDERMILK, ) | 3:06-CV-00044-RAM |
| ) | |
| Plaintiff, ) | MINUTES OF THE COURT |
| ) | |
| vs. ) | December 23, 2008 |
| ) | |
| PLAYCORE WISCONSIN, INC., a ) | |
| corporation doing business as ) | |
| PLAYCORE and as GAMETIME; ) | |
| NATIONAL RECREATION AND PARK ) | |
| ASSOCIATION, a corporation; and ) | |
| RENO/SPARKS CONVENTION ) | |
| CENTER, ) | |
| ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   The City of Oakland has filed a Motion to Intervene (Doc. #75). Plaintiff has filed a Notice of Non-Opposition (Doc. #77).

   The City of Oakland's Motion to Intervene (Doc. #75) is GRANTED. The City of Oakland shall file its Complaint in Intervention within ten (10) days from the date of this order.

   IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:     /s/
        Deputy Clerk