# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KAROLYN JOHNSON-LOUDERMILK, | ) | 3:06-CV-00044-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 31, 2009 |
| | ) | |
| PLAYCORE WISCONSIN, INC., a | ) | |
| corporation doing business as | ) | |
| PLAYCORE and as GAMETIME; | ) | |
| NATIONAL RECREATION AND PARK | ) | |
| ASSOCIATION, a corporation; and | ) | |
| RENO/SPARKS CONVENTION | ) | |
| CENTER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>       REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The date for filing dispositive motions expired on January 31, 2008 (Doc. #57). Trial is scheduled on Monday, May 18, 2009.

Defendant/Third Party Plaintiff Playcore's First Motion for Leave to File Motion for Summary Judgment Against Third Party Defendant Environmental Molding Concepts, LLC (Doc. #103) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>    /s/                    </u>
        Deputy Clerk